

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00472-CR

| | | |
|---|---|---|
| ALLEN MARSHALL TUCKER, Appellant | § | On Appeal from County Criminal Court No. 9 |
| | § | of Tarrant County (A40000106) |
| V. | § | August 26, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the judgment. It is ordered that the judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/Elizabeth Kerr_____
Justice Elizabeth Kerr